**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OSWALDO N., JR.,

                Plaintiff,                      24 **CIVIL** 7970 (GRJ)

       -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY.

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 23, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED. Accordingly, the case is closed.

**Dated:**  New York, New York

      July 23, 2025

                                                 **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                            **BY:**

                                                     **Deputy Clerk**